IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.    06-cv-01567-LTB-BNB

CHRISTINA GARCIA, *pro se*,

   Plaintiff,

v.

1. IMANAGE, INC.,
2. MAHMOOD PANJWANI,
3. MARK CULHANE, and
4. RAFIQ MOHAMMADI,

   Defendants.
_____

**ORDER**
_____

This case is before me on the recommendation of Magistrate Judge Boyd N. Boland issued and served on June 11, 2007 (Doc 22). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED as to Defendants Panjwani, Culhane, and Mohammadi.

   BY THE COURT:

   　s/Lewis T. Babcock　　　　　
   Lewis T. Babcock, Judge

DATED: July 23, 2007