**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.    06-cv-01567-LTB-BNB

CHRISTINA GARCIA, *pro se*,

      Plaintiff,

v.

IMANAGE, INC.,

      Defendant.

_____

**ORDER**
_____

      This case is before me on the recommendation of Magistrate Judge Boyd N. Boland issued and served on September 11, 2007 (Doc 24).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

      ORDERED that the recommendation is accepted and this action is DISMISSED.

                 BY THE COURT:


                 ___s/Lewis T. Babcock_____
                 Lewis T. Babcock, Judge

DATED: October 1, 2007